G. LaVon Swagger Jr
Plaintiff

David Long/Williams Brothers-
Construction Co, INC,
Defendant

UNITED STATES DISTRICT COURT

David Long works for Williams Brothers construction Co, INC as a Project superintendent and I work for David Long as a Heavy Crane operator,

I had started working for David Long and Williams Brothers construction Co, INC in and around August 7/2016 until October 7/2017 where I was wrongful Terminated for doing My Job,

As a Crane Operator I have special duties to perform on the Crane I will be operating before I put the Crane in Service, I have to make sure crane is safe in every way you cotit Imagine!

There was Three Crane's I had been on becouse I had found Safety Issues on The other two Cranes that could cause death or injuries to other working men,

I had went to David Long numerous Time's to report thing's that needed to be fix to make two Crane's safe to Operate around the working men only to get laughed at or belittled in the two month's I was there,

Next Page #2

#2 of 3

G Lavon Swagger Jr.
Plaintiff
David Long/Williams Brothers
Construction Co, INC
Defendant

UNITED STATES DISTRICT COURT

Case 4:17-cv-02585 Document 1 Filed 08/21/17 in TXSD Page 2 of 3

I had Called Williams Brothers Constructon Co, INC aT 3800 Milam St Houston tx 77266-6428 and told Them That David Long was noT following procedures on fixing Things on Cranes That are bad that will hurt or kill some workers,

Well David Long found out I had called and called me in on October 7/2016 into his office and said I was fired for going to Main office to report him,

GLaVoN Swagger Jr

David Long/Williams Brothers
     Construction Co, INC
          Defendant

#3 of 3

## UNITED STATES DISTRICT COURT

Why The Court has jurisdiction,
Williams Brothers Construction Co,INC
is in Harris County.

EEOC has gave me a right
to Sue letter for Retaliation,

I have been Retaliated against
by David Long for reporting him to
main office, Williams Brothers Cons-
Truction Co, INC, for his negligence of
Not fixing Cranes that could cause
Bodily harm, and Williams Brothers
Construction Co, INC for going along
with with David Long on the firing
of me, There was Never a meeting
held about this Wrongful Termination,
No one ever got back to me on
this from the main office of Williams
Brothers Construction Co, INC,
There is Negligence of both parties
here, Wrongful Termination and
Retaliation, I had followed Procedures
Only to get Fired?

Relief Sought is Restitution,

G. LaVon Swagger Jr
P.O. Box 211 Grapeland Tx, 75844
936-207-4592